| RM AO-256 V. 1-82 | CRIMINAL DOCKET | | | | | U.S. vs. | | Mo. Day Yr. | | No. of Def's | U.S. MAG. CASE NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | PO ☐ | 0978 | 2 | Assigned 7808 | ☐ WRIT ☐ JUVENILE | STEWART, RANDALL | | 09 | 11 86 | 02 | 00130 |
| | Misd. ☐ | 0978 | 2 | 7808 | ☐ ALIAS | | | | | | |
| | Felony ☒ ☒District | | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18/1201(a)(1) | Kidnapping - Cts 1-3 | 3 |
| 18/924(c) | Use of a Firearm in a Crime of Violence-Ct 5 | 1 |
| 18/2313 | Interstate Transportation of Stolen Motor Vehicle - Ct 6-7 | 2 |
| 18/1202(a)(1) Appendix II | Possession of Firearm by a Convicted Felon- Ct 9 | 1 |

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE / APPLICABLE: ☐ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE / LATEST OF: ☐ 1st appears on pending charge /R40 ☐ Receive file R20/21 ☐ Supsdg: ☐ Ind ☐ Inf ☐ Order New trial

END INTERVAL TWO — KEY DATE / APPLICABLE: ☐ Dismissal ☐ Pled guilty ☐ Nolo ☐ Trial (voir dire)

1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP

## III. MAGISTRATE

Search Warrant: ☐ Issued ☐ Return
Summons: ☐ Issued ☐ Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest
OFFENSE (In Complaint)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled ▶ Date Held ▶
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT
Tape Number

OUTCOME: ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
(1) D. Jones

RULE ☐ 20 ☐ 21 ☐ 40 In ☐

## IV. ATTORNEYS

U.S. Attorney or Asst.
HOWARD J. ZLOTNICK, AUSA
330 So 3d St, 7th Flr, Las Vegas, NV 89101
(702)388-6336

Defense: 1 ☐ CJA  2 ☐ Ret.  3 ☐ Waived  4 ☐ Self.  5 ☐ Non/Other  6 ☐ PD.  7 ☐ CD

Randall Stewart
Pro Per
330 Casino Ctr
LV, NV 89101
CCDC # 542248
Pers # 19662-013

As of 7/14/94:
#19662-013
PO Box 4000
Springfield, Missouri
65801-4000

FPD no add cnsl only $11

19662-013
P.O.B 3007
Terminal Island
90731

1/19/93:
#19662-013
PO Box 1000
Marion, ILL 62959

BAIL ● RELEASE
PRE-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fug ☐ Pers ☐ PSA Conditions ☐ 10% ☐ Suret ☐ Colla ☐ 3rd P ☐ Othe

POST-INDICTMENT
Release Date
Bail ☐ Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fug ☐ Pers ☐ PSA Conditions ☐ 10% ☐ Suret ☐ Colla ☐ 3rd P

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PA

| DATE / DOCUMENT NO. | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE □ OF □ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| | (OPTIONAL) Show last names of defendants  **V. PROCEEDINGS** | | | | |
| | SPEEDY TRIAL CALCULATIONS:<br>  Gross 62<br>  Net   62 | | | | |
| | | CONTINUED TO PAGE □ | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| FORM AO-256 V. 1-82 | CRIMINAL DOCKET | PO ☐ Misd. ☐ Felony ☒☒ | Assigned 0978 2 District | 7808 Disp./Sentence Off Judge/Magistr. | ☐ WRIT ☐ JUVENILE ☐ ALIAS OFFENSE ON INDEX CARD ▶ | U.S. VS. JONES, DARRELL K. | DIST. FIRST JUDGE/MAG. | Mo. Day Yr. Docket No. 09 11 86 00130 No. of Def's 02 U.S. MAG. CASE NO. |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUI NG |
|---|---|---|---|---|
| 18/1201(a)(1) | Kidnapping - Cts 1-3 | 3 | | |
| 18/924(c) | Use of a Firearm in a Crime of Violence-Ct 4 | 1 | | |
| 18/2312 | Interstate Transportation of Stolen Motor Vehicle - Cts 6-7 | 2 | | |
| 18/922 (i) | Interstate Transportation of Stolen Firearms - Ct 8 | 1 | | |
| 18/1202(a)(1), Appendix II | Possession of Firearm by a Convicted Felon - Ct 10 | | | |

SUPERSEDING COUNTS ___4___   ☐ JURY

## II. KEY DATE

INTERVAL ONE — KEY DATE — EARLIEST OF
- ☐ arrest
- ☐ sum'ns
- ☐ custody
- ☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE — APPLICABLE
- ☐ Indictment filed/unsealed
- ☐ consent to Magr. trial on complaint
- ☐ Information
- ☐ Felony-W/waiver

KEY DATE — LATEST OF
- ☐ 1st appears on pending charge /R40
- ☐ Receive file R20/21
- ☐ Supsdg: ☐ Ind ☐ Inf
- ☐ Order New trial

END INTERVAL TWO — KEY DATE — APPLICABLE
- ☐ Dismissal
- ☐ Pled guilty / ☐ After
- ☐ Nolo / ☐ After
- ☐ Trial (voir dire)

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|
| Search Warrant Issued / Return | | | INITIAL APPEARANCE DATE ▶ | | ☐ DISMISSED |
| | | | PRELIMINARY EXAMINATION / REMOVAL HEARING | Date Scheduled ▶ OR Date Held ▶ | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons Issued / Served | | | | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued COMPLAINT ▶ | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | |
| Date of Arrest | OFFENSE (In Complaint) | | | | |

RULE ☐ 20 ☐ 21 ☐ 40 In

Show last names and suffix numbers of other defendants on same indictment/information:
(2) STEWART, R.

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
HOWARD J. ZLOTNICK, AUSA
330 So 3d St., 7th Flr, Las Vegas, NV 89101
(702)388-6336

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

D's address:
CCDC
330 Las Casino Ct
LV NV

#39 Mace J. Yampolsky _Boyer_
520 So 4th St
las Vegas, NV 89101
(702)384-5563
CJA 924377
A/O Blld

Defendant in pro per #41

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fugi
- ☐ Pers
- ☐ PSA
- Condition
- ☐ 10%
- ☐ Suret
- ☐ Colla
- ☐ 3rd P
- ☐ Other

**POST-INDICTMENT**
- Release Date
- ☐ Bail Denied
- AMOUNT SET $
- Date Set
- ☐ Bail Not Made
- Date Bond Made
- ☐ Fug
- ☐ Pers
- ☐ PSA
- Condition
- ☐ 10%
- ☐ Suret
- ☐ Colla
- ☐ 3rd P
- ☐ Othe

APPEALS FEE PAYMENT

### FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

Docket Entries Begin On Reverse Side

## V. PROCEEDINGS

```
Speedy Trial Calculations:
Interval 2
Gross  60
Less
    E   7
    g  10
Net    43
```

CONTINUED TO PAGE

```
                        S U B M I S S I O N   M E M O

              Submitted for your consideration on this date: 08/24/1999
=================================================================================
   Case Number....: CR-S-86-0130-02                    Must Be Tried:
   Judge..........: LDG
   Magistrate.....:                                    Trial Date...:
   Last Name......: STEWART
   First Name.....: RANDALL                            Date Closed..: 01/23/198
   Date Filed.....: 09/11/1986
   Offense........: 16-OTHER (GENERAL OFFENSES)        Appeal Date..:
   Custody Status: Custody                             Appeal Number:
=================================================================================
   0080  08/24/1999Sub    LDG   LETTER RE JUDGMENT FRM D/STEWART
```

*Submitted. Shall I order the file fm Records Ctr?*

*Carol*

*no action*

# S U B M I S S I O N   M E M O

Submitted for your consideration on this date: **08/24/1999**

```
==============================================================================
    Case Number....: CR-S-86-0130-02                    Must Be Tried:
    Judge..........: LDG
    Magistrate.....:                                    Trial Date...:
    Last Name......: STEWART
    First Name.....: RANDALL                            Date Closed..: 01/23/198
    Date Filed.....: 09/11/1986
    Offense........: 16-OTHER (GENERAL OFFENSES)        Appeal Date..:
    Custody Status: Custody                             Appeal Number:
==============================================================================
    0000    08/24/1999Sub    LDG    LETTER RE JUDGMENT FRM D/STEWART
```

AO 256A
CR-S-86-130, LDG
Case 2:86-cr-00130-JCM-DJA   Document 82   Filed 08/07/87   Page 7 of 14
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs
DARRELL JONES, et al
Yr. | Docket No.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DE (a) | (b) | (c) |
|---|---|---|---|---|---|
| 9/11/86 | 1 | INDICTMENT. kd | | 11/20/86 | |
| -- | 2 | AO-257 re D, Jones. kd | | | |
| -- | 3 | AO-257 re D, Stewart. kd | | | |
| 9/12/86 | 4 | GRAND JURY MINUTES dtd 9/11/86 (PMP) ORD B/W to iss USM re D, Jones. (C/R Cindy Stridde) Cps dist. kd | | | |
| -- | -- | WARRANT issd USM re D, Jones. kd | | | |
| -- | -- | ~~JS-2 re ea D. kd~~ | | | |
| 9/15/86 | 5 | WARRANT re D, Jones w/USM rtn: this warrant rtnd unexec as it was issd 8/22/86 & super by indict fle 9/11/86 & warrant issd 9/12/86. kd | | | |
| 9/19/86 | 6 | MINUTES OF ARRAIGNMENT/PLEA re D, Stewart (LDG) D pleads NG to Cts 1-3, 5-7, 9; Open file; case on cal for j/t 11/17/86 8:30am w/cal call 11/12/86 8:15am; Ord re p/t proc ent; D rem; Wm Tidwell, AFPD, prov D w/cy of discv he recd in this case along w/all doc in his file in open crt. (C/Rec Cress Osterman) Cps dist. kd | | | |
| -- | 7 | ORDER re P/T Proc (LDG) ORD that p/t mtns due 10/3/86 w/resp due 10/17/86; jt stmt due 9/24/86. Cps dist. kd | | | |
| 9/23/86 | 8 | TRANSCRIPT OF MAGISTRATE PAPERS re D, Stewart: kd<br>a. Complaint<br>b. Warrant issd USM re Ds Jones Stewart.<br>c. Warrant issd USM re D, Stewart.<br>d. Warrant w/USM rtn re D, Stewart: D arr 8/27/86.<br>e. Minutes of initial apprnce re D, Stewart<br>f. Order (PMP) dtd 9/5/86 ORD D det pndng trial. | | | |

256A CR-S-86-130-LDG Case 2:86-cr-00130-JCM-DJA Document 82 Filed 08/07/87 Page 8 of 14
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  USA vs Randall Stewart, et al

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9/23/86 | 9 | TRANSCRIPT OF MAGISTRATE PAPERS re D, Stewart received form District of CO: kd<br>a. Trans Letter.<br>b. CC docket sheet<br>c. CC Rule 40 form, Commitment to anoth Dist.<br>d. Minutes of det hrng dtd 8/29/86 bef MAG R. B. Harvey<br>e. Waiver of right to identity hrng (CC)<br>f. CC Order apptng FPD<br>g. Minutes of initial apprnce 8/27/86<br>h. Affidavit for removl procding<br>i. Cy of Warrant issd 8/22/86 from Dist of NV.<br>j. Cy of Complaint from Dist of NV. | | | | |
| 9/25/86 | 10 | JOINT STATEMENT obo D, Stewart. kd | | | | |
| 9/26/86 | 11 | ORDER re D, Stewart (PMP) ORD FPD apptd as adv cnsl only; FUR ORD that Clk iss subps upon req & sub of prep subps by D unless said sub to be srvd outside NV; (see doc for spcfcs). EOD: 9/27/86. Cps dist. kd | | | | |
| 10/20/86 | 12 | MINUTE ORDER re D, Stewart (LDG) ORD case on cal 10/23/86 @8:15am for C/Plea re Cts 1 & 5. Cps dist. kd | | | | |
| 10/23/86 | 13 | MINUTES OF COURT PROCEEDINGS re D, Stewart (LDG) ORD D be allwd access to Law Library under approp supv & this mattr be cont to 10/24/86 1pm for fur prcdngs & change of plea as to Cts 1-3, 5-7, 9. C/REC Cress Osterman) Cps dist. kd | | | | |
| 10/24/86 | 14 | MINUTES OF CHANGE OF PLEA re D, Stewart (LDG) ORD trial date of 11/17/86 8:30 will stan w/cal call set for 11/12/86 8:15. D rem. C/Rec Cress Osterman. Cps dist. kd | | | | |
| 10/30/86 | 15 | ORDER re Ds: (LDG) ORD trial set for & cnsl to subp wits for 11/17/86, 8:30am, w/cal call set for 11/12/86, 8:15am. (see ord for spcfcs) cps dist. kd | | | | |
| 11/12/86 | 16 | MINUTES OF CHANGE OF PLEA re D, Stewart (LDG) D pleads G to Cts 1,2,3,5,6,7,9 of indct; case cont 1/16/87 10:15am for impos of sentc; case ref to USPO for psi D rem: FUR ORD D be allwd to write lttrs; record shld refl that Gov did not enter into negotiations w/D nor sub plea memo. (C/R Wm Madara) Cps dist. kd | | | | |

AO 256A  Case 2:86-cr-00130-JCM-DJA   Document 82   Filed 08/07/87   Page 9 of 14   CR-S-86-130, LD
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U. S. vs
                   RANDALL STEWART, et al
                                                            Yr. | Docket No.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DEL (a) (b) (c) |
|---|---|---|---|
| 1/8/87 | 17 | MINUTE ORDER re D, Stewart (LDG) ORD hrng sched 1/16/87 vac & resched 1/23/87 10:15am in Crtrm 1 for setnc. Cps dist. kd | |
| 1/23/87 | 18 | **MINUTES OF SENTENCING** dtd 1/23/87 (LDG): **ORD** sentc imposed, $50.00 assemnt penalty Df remn custody USM (C/R Layne Nelson) Cps dist. lk | |
| -- | 19 | OBJECTIONS TO AND/OR MOTION to crct fac inacracies present report fld open Court. lk | |
| 1/27/87 | 20 | ACKNOWLEDGMENT re psi rpt re D. kd (re D, Stewart) | |
| -- | 21 | ACKNOWLEDGMENT re psi rpt re D w/US Atty sig. kd (re D, Stewart) | |
| -- | 22 | AGREEMENT re psi rpt re D. kd (re D, Stewart) | |
| -- | 23 | AGREEMENT re psi rpt re D w/US Atty sig. kd (re D, stewart) | |
| 1/28/87 | 24 | JUDGMENT/PROBATION/COMMITMENT re D, Stewart dtd 1/23/87 (LDG) As cto Ct 1 LIFE; as to Cts 2 & 3 LIFE, said sentc to run concurr w/ea other & concurr w/sentc impsd in Ct 1; As to Cts 6 & 7 5 yrs, said sentc to run concurr w/sentc impsd in Cts 1-3, 5, 6, 7. D assess $50 ea ct for tot $350 purs 18/3013. EOD: 1/29/87. Cps dist. kd | |
| -- | -- | JS-3 re D, Stewart. kd | |
| 2/10/87 | 25 | LETTER to LDG from D, Stewart re reconsid of sentc. (cy to US atty & USPO) kd | |
| 2-11-87 | -- | Orig #31 Sub to LDG. #25. hdy | |
| 2/20/87 | -- | REPORTERS TRANSCRIPT on sentc bef LDG on 1/23/87 @10:15am. (C/R Layne Nelson). kd (re D Stewart). | |
| 3/24/87 | 26 | PETITION Writ/HC Ad Prosq re Def Jones lk | |
| -- | 27 | ORDER (PMP) for isn Writ HC Ad Pros re Def Jones. lk | |
| -- | -- | Wirt HC Ad Prosq re Def Jones. lk | |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 4/3/87 | 28 | PETITION for writ of h/c ad pros re D, Jones obo Gov. kd | | | | |
| -- | 29 | ORDER re D, Jones (PMP) ORD Writ of H/C ad prs iss dir prod of D bef LV NV 4/24/87 @10am for initial apprnce. kd | | | | |
| -- | -- | WRIT of H/C ad pros re D, Jones issd USM. kd | | | | |
| 4/6/87 | 30 | JUDGMENT & PROBATION/COMMITMENT ORDER (LDG) w/USM rtn re D, Stewart: D del to USP Lompoc on 3/4/87. kd | | | | |
| 4/16/87 | 31 | ORDER (LDG) ORD D Stewart req for reduction of sentc denied. EOD: 4/17/87. cps dist. kd | | | | |
| 4/27/87 | 32 | RETURNED MAIL copy of #31 sent to R. Stewart @CCDC rtnd as D no longer in cust there. kd | | | | |
| 4/28/87 | 33 | MINUTES OF INITIAL APPEARANCE dtd 4/27/87 (PMP) ORD D be det w/o bail; FUR ORD A/P set for 5/8/87 @8:30am in Crtrm 1 (C/R tape 87-159/60) Cps dist. kd (re D, Jones) | PST 7/6/87 | | | |
| -- | 33 | FINANCIAL AFFIDAVIT re D, Jones. kd | | | | |
| -- | 34 | ORDER (PMP) ORD re D, Jones, FPD apptd as cnsl for D & clk to iss subps upon req. (see doc) cps dist. kd | | | | |
| 4/30/87 | 35 | CJA 20 APPOINTMENT/ORDER (PMP) re D, Jones Mace Yampolsky apptd as atty for D. (CJA 924377; A/O BLLD _____ ) kd | | | | |
| 5/8/87 | 36 | MINUTES OF ARRAIGNMENT/PLEA re D Jones (PMP) D pleads NG Cts 1-4, 6-8 & 10 Ind. Open file policy; On Cal 6/29/87 @ 8:30am j/t; w/cal call 6/24/87 @ 8:15am; Ord re pret proc entd. (Stephanie Nelson C/Rec) Cps dist. lk | | | | |
| 5/8/87 | 37 | ORDER re P/T Proc (LDG) ORD that p/t mtns due 5/22/87 w/resp due 6/5/87; jt stmt due 5/13/87. Cps dist lk | | | | |
| 5/11/87 | 38 | **JOINT STATEMENT** re Def Darrell Keith Jones lk | | | | |
| 5/13/87 o | 39 | MOTION TO PROCEED IN PROPER PERSON OBO D, Jones. (nss) kd (DISPO: granted #41) | | 5/13/87 5/14/87 7/7/87 | C | 1 |
| 5/14/87 | -- | Sub to LDG #39 lk | | | | |
| 5/15/87 | 40 | MINUTE ORDER RE JONES (LDG) ORD mttr on ca 5/19/87 8am for hrng on #39. Cps dist. kd | | 5/15/87 5/19/87 | G | 5day |

AO 256A
Case 2:86-cr-00130-JCM-DJA   Document 82   Filed 08/07/87   Page 11 of 14
CR-S-86-130, LDG
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    U.S. vs
DARRELL JONES, et al
Yr. | Docket No.

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DE (a) | (b) | (c) |
|---|---|---|---|---|---|
| 5/20/87 | 41 | MINUTES OF PROCEEDINGS re hrng on #39 dtd 5/19/87 (LDG) ORD #39 granted (C/R Stephanie Nelson) Cps dist. EOD: 5/22/87. kd | MST 7/12/87 | | |
| 6/9/87 | 42 | PRETRIAL DEFENSE MOTIONS obo D, Jones. (nss) (Cy fur by KD to US Atty). kd (DISPO: resp 44   2nd #45— | 6/9/87 E | 6/17/87 | |
| 6/12/87 | 43 | ORDER: (LDG) ORD. Trialset for & cnsl to subp wits for 6/29/87, 8:30a.m. w/cal call set for 6/24/87, 8:15am Ctrm #1. (See ord for spcfs) cps dist. efm | | | |
| 6/18/87 | -- | Sub to LDG #42 LK | 6/18/87 6 | | |
| 6/22/87 | 44 | RESPONSE obo Govt re (#42) (m) lk | 6/23/87 | | |
| 6/23/87 | 45 | ORDER (LDG) ORD 1)Bill of Particulars - Denied; 2)Motion to Dismiss - denied (see doc); 3) Discovery - denied (see doc); 4)Severance - granted as to Cts 1-9 & 10 FUR ORD Ds Mtn to strike cert lang from Ct 10 denied; 5)Subp & Trans of inmate wit - denied. EOD: 6/23/87. Cps dist. kd | | | |
| 6/24/87 | 46 | PROPOSED JURY INSTRUCTIONS re D, Jones obo Gov. Cps to LDG & Pres. kd | | | |
| 6/25/87 | 47 | MINUTES 6/25/87 (PMP) Pretrial conf. lk | | | |
| 6/26/87 | 48 | MINUTES OF CHANGE OF PLEA (LDG) D plead G CTS I, II, III, IV, VI, VII, VIII & X. Cont 8/6/87 sentc cps dist lk | | | |
| -- | 49 | C/R PLEA AGREEMENT lk | | | |
| 8/6/87 | 50 | MINUTES OF SENTENCING re D, Jones (LDG) Sentc impsd; assess 18/3013; FUR ORD Ds oral mtn to w/draw G plea denied. (C/R Mary Walters). Cps dist. kd | | | |
| 8/7/87 | 51 | JUDGMENT/PROBATION/COMMITMENT re D, Jones (LDG) CAG LIFE as to Cts 1, 2, 3 said sentc to run consec; as to Ct 4 5 yrs said sentc to run consec to cts 1,2,3; As to Cts 6,7, 8 5 yrs sentc to run concurr w/ea other but consec to Ct 1-4; as to Ct 10 2 yrs said sentc to run consec to sentc in Cts1-4, 6-8; ORD D assess sum of $50 as to Cts 1-4, 6-8, 10 for $400 purs to 18/3013. EOD: 8/10/87. Cps dist. kd | | | |
| -- | -- | JS-3 re D, Jones. kd | | | |

Interval (per Section II) | Start Date / End Date | Ltr. Code

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| /17/87 | 52  AGREEMENT Govt unds Amend Spec ORD #31 & failur to do so impos sancts purs LR 100-3 as to D Jones. lk | | | | |
| -- | 53  ACKNWLDMNT re pres rep obo Gov as to D Jones lk | | | | |
| 3/17/87 | 54  ACKNOLEDGEMENT re psi rpt re d. kd | | | | |
| -- | 55  AGREEMENT re psi rpt re D. kd | | | | |
| 8/31/87 | 56  WRIT of H/C ad pros re D, Jones w/ USM rtn: D trnsported to NC Central Prison in Raleigh ,NC. kd | | | | |
| 24/89 | 57  MOTION Pursuant to 28/2255 to VAcate, set aside or corredt sentence by a person in Fed custody. obo D, Stewart. rah  cps dist rah  *see #62* | | | | |
| -- | 58  MOTIONFOR LEAVE TO PROCEED IN FORMA PAUPERIS OBO D, Stewart. (DISPO: | | | | |
| 5/3/89 | --  SUB # 57 & 48 to LDG  rah, Does he wish a reqponse. rha | | | | |
| 5/7/89 | 59  ORDER (LDG) Ord The Clerk of this crt shll hav a transcript of d, Stewart's Change of Plea entered on 11/12/86 by the court reporter w/in thirty Days. (EOD 6/7/89) Cps dist rah | | | | |
| 6/26/89 | 60  MOTION for Appointment of Attorney obo D, Stewart. (DISPO: *denied #62* | | | | |
| -- | 61  LETTER frm D, Stewart re: transcript order etc. (DISPO: | | | | |
| 7/5/89 | --  TRANSCRIPT OF CHANGE OF PLEA re: d, Stewart on 11/12/86 brf LDG (C/R WIlliam Madara) rah | | | | |
| *7/6/89* | --  *tRanscRipt LDG llc* | | | | |
| 7/17/89 | 62  ORDER: (LDG) ORD #57 is denied; 2) Ds mtn for appt of cnsl (#60) is denied. Cps dsit  dl EOD 7/18/89. | | | | |
| 4/1/90 | --  COPY OF # 62 to Liz for her file  rah | | | | |
| 10/20/92 | 63  LETTER frm D/Stewart req cpies of file (recrd at recrd ctr)  lgm *#64 denied* | | | | |
| *10-26-92* | --  *See 63 LDG ck* | | | | |
| 12/31/92 | 64  ORDER re: D/Stewart's mtn for cps (#63) dtd 12/30/92 (LDG) ORD Mtn DENIED (EOD 12/31/92)  csp dist (AT) lgm | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET  U.S. vs RANDALL STEWART | | Page 8 | | | |
|---|---|---|---|---|---|
| AO 256A | | Yr. | Docket No. | De | |
| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELA | | | |
| | | (a) | (b) | (c) | (d |

| DATE | Doc# | PROCEEDINGS |
|---|---|---|
| 1/19/93 | 65 | **MOTION** by D/Stewart for copies  (nss)   1gm (Dispo: #66, #68  #69 Granted |
| 1-27-93 | | — Sub. #65 and order to proceed in forma pauperis to LDG. nd |
| 4/19/93 | 66 | **ORDER** re: D/Stewart dtd 4/17/93 (LDG) ORD  D shll hv 20 dys frm dt of entry of this ord to supplmnt mtn #65 purs to instrctns of crt, failr to timely do so will result in denial of mtn  (EOD 4/20/93)  cps dist  (AT)   1gm |
| -- | 67 | **MOTION/ORDER** re: D/Stewart dtd 4/17/93 (LDG) ORD FP status GRANTED   cpys dist  (AT)   1gm |
| 4/29/93 | 68 | **RESPONSE** by D/Stewart to ord #66  (nss)   1gm |
| 5-3-93 | | — Sub 65, 66, 68 LDG ch |
| 7/14/93 | 69 | **ORDER** re: D/Stewart's mtn for cps (#65) dtd 7/13/93 (LDG) ORD  1) Mtn to prcd in FP (#67) GRANTED  2) Mtn for cps GRANTED; clrk instructd to make cps of docs #25, #42 & #57 & send to D  (EOD 7/14/93) cps dist (AT)   1gm |
| 7/29/93 | -- | **COPIES** of #25, 42 & 57 mld to D/Stewart this date   1gm |
| 9/20/93 | 70 | **MOTION** by D/Stewart for lv to prcd in Forma Pauperis 1gm (Dispo: Denied #71 |
| -- | 71 | **MOTION** by D/Stewart for appntmnt of cnsl  (AT)   1gm (Dispo: Denied #71 |
| -- | 72 | **MOTION** by D/Stewart purs to 28/2255 to vct, set aside or correct sent  (AT)   1gm   CV-S-93-925-LDG(RJJ) (Dispo: #73, #74 DENIED  Dismissed #71 |
| 9-23-93 | | Sub 70, 71, LDG ch |
| 9/23/93 | 73 | **MINUTE ORDER** re: D/Stewart's 2255 mtn (#72) (LDG) ORD Gvrnmnt shll have 20 dys frm dt of this ord to fle rspn   cps dist  (cpy of 2255 mtn to USA)  (AT) 1gm |
| 10/25/93 | 74 | **EXPARTE MOTION/ORDER** re: D/ Stewart (LDG) ORD  1) atty clnt prvld in this cse shll be dmd waivd  2) Cnsl Randall Roske shll frthwth prvd gvrnmnt all mtrls & info reltind to D's allegatns  (EOD 10/26/93) cps dist  cpy to atty Roske  (AT)   1gm |

| | | | Page 9 | | | |
|---|---|---|---|---|---|---|
| UNITED STATES DISTRICT COURT<br>CRIMINAL DOCKET<br>AO 256A | | RANDALL STEWART | V. EXCLUDABLE DELAY | | | |
| DATE | PROCEEDINGS (continued)<br>(Document No.) | | (a) | (b) | (c) | (d) |
| 10/28/93 | 75 | **EXPARTE APPLICATION/ORDER** re: D/Stewart (LDG) ORD Gvrnmnt shll have to 12/13/93 to file rspn to D's 2255 mtn (#72)   cps dist (AT)   1gm | | | | |
| 12/14/94 | 76 | **EXPARTE APPLICATION/ORDER** re: D/Stewart dtd 12/13/93 (LDG) ORD Gvrnmnt shll have to 2/21/94 to file rspn to D/s 2255 mtn (#72)   cps to cnsl/D (AT)   1gm | | | | |
| 1/13/94 | -- | **RECORDER'S TRANSCRIPT** dtd 9/5/86 re: D/Stewart's I/A bfr PMP   1gm | | | | |
| -- | -- | **RECORDERS TRANSCRIPT** dtd 9/19/86 re: D/Stewart's A/P bfr PMP   (C/R Cress Osterman)   1gm | | | | |
| -- | -- | **RECORDERS TRANSCRIPT** dtd 10/24/86 re: D/Stewart's change of plea bfr LDG   (C/R Cress Osterman)   1gm | | | | |
| 2/2/294 | 77 | **RESPONSE** obo gvrnmnt to D/Stewart's 2255 mtn   (m)(AT) | 1gm | | | |
| 2/24/94 | | Sub to LDG #72, 77 - afm | | | | |
| 3/7/94 | 78 | **RESPONSE** by D/Stewart to gvrnmnts rspns (#77) to D's 2255 mtn (#72)   1gm | | | | |
| 3/8/94 | | Sub to LDG #72, 78 - afm | | | | |
| 7-1-94 | | Sub Mandate for Sig LDG LL | | | | |
| 7/8/94 | 79 | **ORDER** dtd 7/7/94 (LDG) ORD pet's mtn to proceed in forma pauperis (#70) DENIED; FUR ORD Mtn for Aptmt of Cnsl (#71) DENIED; FUR ORD Mtn Pur 28/2255 (#72) DISMISSED.   EOD: 7/8/94   cps dist (AT) cor | | | | |
| 7/14/94 | 80 | **LETTER** frm D/Stewart advsng change of address   1gm | | | | |
| 8/23/99 | 81 | **LETTER** frm D/Stewart re judgmnt dtd 1/28/97   1gm<br>(Dispo: | | | | |
| 8/24-99 | | - Sub to LDG #81. CB | | | | |