RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI OJEDA
Assistant Federal Public Defender
Nevada State Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Darrell K Jones.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DARRELL K JONES.,<br><br>    Defendant. | Case No. 2:86-cr-00130-JCM-DJA<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Elizabeth White, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi Ojeda, Assistant Federal Public Defender, counsel for Darrell K Jones, request that the due date for Mr. Jones's Supplement to Motion for Compassionate Release (ECF No. 84), be extended from April 27, 2021 to May 11, 2021.

This Stipulation is entered into for the following reasons:

1.  Counsel for the Defendant needs additional time to investigate and communicate with client.

2.  The parties agree to the continuance.

3. Mr. Jones does not object to the continuance.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the supplement deadline.

DATED this 27th day of April 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Heidi Ojeda<br>HEIDI OJEDA<br>Assistant Federal Public Defender | By /s/ Elizabeth White<br>ELIZABETH WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DARRELL K JONES,<br><br>    Defendant. | Case No. 2:86-cr-00130-JCM-DJA<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to May 11, 2021, and the Government will have 14 days from the day the Supplement is filed, to file a response.

DATED April 28, 2021.

_____
UNITED STATES DISTRICT JUDGE